```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10959
   JOSE DOLORES MARTINEZ JR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4255

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/19/2007 and was confirmed 08/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICREDIT                UNSECURED        10391.00          .00         1268.94
CAPITAL ONE                UNSECURED          753.28          .00           91.98
CAPITAL ONE                UNSECURED        NOT FILED         .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          366.58          .00           44.76
FIRST NATIONAL BANK OF M   NOTICE ONLY     NOT FILED         .00             .00
PREMIER BANCARD CHARTER    UNSECURED          454.80          .00           55.54
FIRST PREIMER BANK         NOTICE ONLY     NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED          673.14          .00           82.19
HSBC NV                    NOTICE ONLY     NOT FILED         .00             .00
HSBC NV                    NOTICE ONLY     NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED          542.78          .00           66.28
HSBC NV                    NOTICE ONLY     NOT FILED         .00             .00
HSBC NV                    NOTICE ONLY     NOT FILED         .00             .00
HSBC NV                    NOTICE ONLY     NOT FILED         .00             .00
KOHLS                      UNSECURED       NOT FILED         .00             .00
ANN ZEPEDA                 NOTICE ONLY     NOT FILED         .00             .00
CHASE BANK USA NA          UNSECURED          138.60          .00           16.93
PETER FRANCIS GERACI       DEBTOR ATTY      2,924.00                      2,924.00
TOM VAUGHN                 TRUSTEE                                          352.99
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              4,903.61

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                 1,626.62
ADMINISTRATIVE                            2,924.00
TRUSTEE COMPENSATION                        352.99

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10959 JOSE DOLORES MARTINEZ JR
```

```
DEBTOR REFUND                                                        .00
                                       ---------------   ---------------
TOTALS                                        4,903.61          4,903.61
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/19/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE